No. 43792.—Protests 871511–G, etc., of Mason Bros. & Tarlin (Boston).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of rubber balloons trimmed with colored feathers fastened on one end of a bamboo stick similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

No. 43793.—Protest 989562–G of Albert N. Cory, Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

No. 43794.—Protest 992840–G of A. Kommel & Sons (New York).

Opinion by KEEFE, J. It was established that the plaintiffs received only 52 out of 53 bales of hosiery shipped and the discharging inspector's report showed that one bale was not found. On the record presented the protest was sustained.

MAY 21, 1940

No. 43795.——Protest 922696–G of Sokol & Co. C. D. 313. Application by plaintiffs for rehearing denied.

MAY 23, 1940

No. 43796.—SUIT 4273.——Hughes Fawcett, Inc. v. United States. Reap. Dec. 4587 reversed. C. A. D. 113.